**ERIC H. SCHWEITZER #179776**
REAL LAWYERS - AT AFFORDABLE PRICES™
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 441-0441
FAX (559) 233-6947

ATTORNEY FOR BRENT GORDON LONG

IN THE UNTED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,** | Case No.: 6:07-mj-00280-WMW |
| **Plaintiff,** | **SUBSTITUTION OF ATTORNEY** |
| vs. | |
| **BRENT GORDON LONG,** | DATE: Sept. 9, 2008<br>TIME: 10:00 AM<br>DEPT:  Honorable W. M. Wunderlich |
| **Defendant.** | |

Defendant BRENT GORDON LONG hereby seeks leave to substitute as Attorney of Record the Office of Attorney Eric H. Schweitzer for that of Office of Attorney David A. Linn.

I agree to the above substitution:
                         /S/ Brent G. Long
                         BRENT GORDON LONG    (8-27-08)

I agree to the above substitution:
                         /s/ Eric H. Schweitzer
                         ERIC H. SCHWEITZER   (8-27-08)

I agree to the above substitution:
                         /S/ David A. Linn
                         DAVID A. LINN        (28-Aug-08)

1
SUBSTITUTION OF ATTORNEY

1  [See RULE 83-182(g)]

3  IT IS SO ORDERED that Eric H. Schweitzer is substituted
4  for David A. Linn as attorney of record in the above entitled
5  matter.

IT IS SO ORDERED.

**Dated:   August 29, 2008**                                        /s/  William M. Wunderlich
                                                                                UNITED STATES MAGISTRATE JUDGE

2
SUBSTITUTION OF ATTORNEY