IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff-Appellee, ) <br> ) <br> v. ) <br> ) <br> BRENT GORDON LONG, ) <br> ) <br> Defendant-Appellant. ) <br> _____ ) | D.C. Number: 1:09-CR-14 AWI <br><br> [Mag. No. 6:07-MJ-280 WMW] <br><br> **ORDER DIRECTING ADDITION OF ATTORNEY FOR SERVICE AND ORDER FOR CLARIFICATION** <br><br> (Doc. No. 27) |

      This is an appeal from a conviction for violation of 36 C.F.R. § 2.31(a)(2) following a bench trial before a Magistrate Judge. The appeal was filed on October 21, 2008, and a briefing schedule was docketed on January 21, 2009. On April 2, 2009, the government filed a designation of counsel and used the Magistrate Court file number instead of the District Court file number. The designation indicated that attorney Laurel Montoya would be the attorney designated for service. On April 28, 2009, Appellant filed a request to modify the scheduling order. On May 22, 2009, the Court set a briefing schedule in which the government could file an opposition on or by June 12, 2009. No opposition has been filed. However, upon review of the district court docket, attorney Montoya has not been added as the attorney of record, instead attorney Mark McKeon is identified as the attorney of record. The attorney designation that was filed in the Magistrate Court Docket relieved Mr. McKeon. In light of the failure of the

government to respond and that the designation of counsel was not acted upon in the District Court Docket, the Court will order a formal response from the government and add Ms. Montoya to the docket.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk shall give effect to the designation of counsel that was filed in the Magistrate Court (Document No. 26 in case number 6:07-MJ-280 WMW) and add Assistant United States Attorney Laurel Montoya to this docket; and

2. The government shall respond in writing within seven (7) days of service of this order and either state that it does not intend to oppose the appeal or explain why no opposition has been timely filed.[1]

IT IS SO ORDERED.

Dated:   June 17, 2009             /s/ Anthony W. Ishii
                                   CHIEF UNITED STATES DISTRICT JUDGE

---

[1] If the reason is sufficient (or if the appellant stipulates), the Court will again modify the briefing schedule.

2