IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | D.C. Number: 1:09-CR-14 AWI |
| ) | |
| Plaintiff-Appellee, ) | [Mag. No. 6:07-MJ-280 WMW] |
| ) | |
| v. ) | |
| ) | **ORDER SETTING SECOND** |
| BRENT GORDON LONG, ) | **NEW BRIEFING SCHEDULE** |
| ) | |
| Defendant-Appellant. ) | |
| ) | |

    This is an appeal from a conviction for violation of 36 C.F.R. § 2.31(a)(2) following a bench trial before a Magistrate Judge. Notice of appeal was filed on October 21, 2008, and a briefing schedule was docketed on January 21, 2009. On April 2, 2009, the government filed a designation of counsel and used the Magistrate Court file number instead of the District Court file number. The designation indicated that attorney Laurel Montoya would be the attorney designated for service. On April 28, 2009, Appellant filed a request to modify the scheduling order. On May 22, 2009, the Court set a briefing schedule in which the government could file an opposition on or by June 12, 2009. No opposition was been filed. The Court recognized that AUSA Laurel Montoya had not been added as the attorney of record to the docket and instead attorney Mark McKeon remained listed as the attorney of record. The Court ordered the docket corrected and ordered the government to file a response/explanation for not filing an opposition brief. On June 25, 2009, the Government filed its response. The declaration of Ms. Montoya

1  indicates that she did not receive notice of the new briefing schedule because the substitution of
2  counsel had been filed under the Magistrate Court docket.  Because she did not receive notice, no
3  opposition brief was filed.  The government requests the opportunity to respond to the
4  Appellant's brief and asks that the response be due in 30 days.  Ms. Montoya's declaration
5  indicates that Appellant's counsel contacted her on June 18, 2009.  To date, Appellant's counsel
6  has not filed an opposition to the Government's request.
7       In light of the foregoing, the Court will once again modify the briefing schedule.
8  However, the general briefing schedule gives the appellee 21 days in which to file an opposition.
9  The government does not explain why it requests 30 days in which to respond.  For the time
10 being, the Court will retain the normal time periods of 21 days to file an opposition and 5 court-
11 days thereafter in which to file a reply.  However, if Appellant is amenable to a 30-day time
12 period for the filing of an opposition brief, then the parties may file a signed stipulation to that
13 effect and the Court will honor the stipulation.
14
15     Accordingly, IT IS HEREBY ORDERED that the briefing schedule in this case is
16 modified as follows:
17 1.   The Government shall file a response/opposition to Appellant's brief within 21 days of
18      service of this order; and
19 2.   Appellant may file a reply to the Government's response/opposition brief within 5 court-
20      days of service of the Government's response/opposition.
21
22 IT IS SO ORDERED.
23 Dated:   June 29, 2009                   /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE
24
25
26
27
28